# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| NAREE ABDULLAH, | : | No. 115 EM 2015 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PHILADELPHIA DISTRICT ATTORNEY'S OFFICE, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 29th day of October, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.